**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Beato Auto Sales, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2601903** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6 Folsom Rd.**<br>**Derry, NH 03038**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Rockingham**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Beato Auto Sales, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5521__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Beato Auto Sales, Inc.**                                                          Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
       Contact name  _____
       Phone  _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | **Beato Auto Sales, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Beato Auto Sales, Inc.**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 13, 2023**
　　　　　　　MM / DD / YYYY

**X** **/s/ Rafael Beato**　　　　　　　　　　　　　　**Rafael Beato**
Signature of authorized representative of debtor　　Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Peter N. Tamposi**　　　　　　　　　　　　Date **February 13, 2023**
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Peter N. Tamposi**
Printed name

**The Tamposi Law Group, P.C.**
Firm name

**159 Main St.**
**Nashua, NH 03060**
Number, Street, City, State & ZIP Code

Contact phone **603-204-5513**　　Email address **peter@thetamposilawgroup.com**

**04931 NH**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Beato Auto Sales, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW HAMPSHIRE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| America's Auto Auction 400 Charter Way North Billerica, MA 01862 | | | | | | $2,750.00 |
| Autotrader 3003 Summit Blvd. NE Ste 200 Atlanta, GA 30319 | | | | | | $8,400.00 |
| Bank of America 100 North Tyron St. Charlotte, NC 28255 | | | | | | $15,840.00 |
| ByzFunder 530 7th Ave. Ste. 505 New York, NY 10018 | | | | | | $72,575.00 |
| Credit Acceptance - $32,000 25505 W. 12 Mile Rd. Southfield, MI 48034 | | | | | | $32,000.00 |
| Edwin Alexander Ramirez 25 Klebart Ave., Apt. 1 Webster, MA 01570 | | Lien payoff required | | | | $12,346.00 |
| Estanislao Pideda Rivas 354 Lawrence St. Lawrence, MA 01841 | | Lien payoff required | | | | $20,621.00 |
| FundBox 6900 Dallas Parkway Ste. 700 Plano, TX 75024 | | | | | | $27,500.00 |

Debtor **Beato Auto Sales, Inc.**　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IOU Financial** <br> 600 TownPark Lane Ste. 100 <br> Kennesaw, GA 30144 | | | | | | $195,598.00 |
| **Marlon Celio Munhoz** <br> 7 Jennifer Cir. <br> Plymouth, MA 02360 | | **Lien payoff required** | | | | $8,737.00 |
| **Newtek Small Business Finance Inc** <br> 1981 Marcus Ave. Ste 130 <br> New Hyde Park, NY 11042 | | | | | | $114,112.00 |
| **ProGuard Warranty** <br> 407 McAlpine St. <br> Pittston, PA 18641 | | | | | | $36,715.00 |
| **Quincy Auto Auction** <br> 196 Ricciuti Dr. <br> Quincy, MA 02169 | | | | | | $31,370.00 |
| **Ready Logistics** <br> 4615 E. Elwood St. Ste. 300-400 <br> Phoenix, AZ 85040 | | | | | | $136,936.00 |
| **Right Direction Financial Services** <br> 1278 Hooksett Rd. Ste 200 <br> Hooksett, NH 03106 | | | | | | $61,071.00 |
| **Samson Funding** <br> 17 State St. <br> New York, NY 10004 | | | | | | $171,375.00 |
| **Thallys Gianrazeli** <br> 900 Skyline Dr. <br> Dracut, MA 01826 | | **Lien payoff required** | | | | $28,484.00 |
| **Vargas Towing Transportation Inc** <br> 27 Auburn St. <br> Everett, MA 02149 | | | | | | $13,100.00 |
| **Vin Solutions** <br> 3400 New Hyde Park Rd. <br> New Hyde Park, NY 11042 | | | | | | $4,557.00 |
| **Your Auction Tampa Bay** <br> 3010 Scherer Dr. <br> Saint Petersburg, FL 33716 | | | | | | $32,165.00 |

# United States Bankruptcy Court
### District of New Hampshire

In re **Beato Auto Sales, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Beato Auto Sales, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2023**  
Date

**/s/ Peter N. Tamposi**  
**Peter N. Tamposi**  
Signature of Attorney or Litigant  
Counsel for **Beato Auto Sales, Inc.**  
The Tamposi Law Group, P.C.  
159 Main St.  
Nashua, NH 03060  
603-204-5513 Fax:603-204-5515  
peter@thetamposilawgroup.com

101 Franklin Derry, LLC

700 Credit
PO Box 101015
Pasadena, CA 91189

America's Auto Auction
400 Charter Way
North Billerica, MA 01862

Automotive Finance Corporation
77 Hosmer St.
Acton, MA 01720

Autotrader
3003 Summit Blvd. NE
Ste 200
Atlanta, GA 30319

AXLE Funding
400 Charter Way
North Billerica, MA 01862

Bank of America
100 North Tyron St.
Charlotte, NC 28255

ByzFunder
530 7th Ave.
Ste. 505
New York, NY 10018

Credit Acceptance - $32,000
25505 W. 12 Mile Rd.
Southfield, MI 48034

Edwin Alexander Ramirez
25 Klebart Ave., Apt. 1
Webster, MA 01570

Estanislao Pideda Rivas
354 Lawrence St.
Lawrence, MA 01841

FundBox
6900 Dallas Parkway
Ste. 700
Plano, TX 75024

IOU Financial
600 TownPark Lane
Ste. 100
Kennesaw, GA 30144

```
Jorge Antonio Valdovinos
168 Water St.
Lawrence, MA 01841

KBB
3003 Summit Blvd NE
Ste 200
Atlanta, GA 30319

LDF Management, LLC


Lendbuzz
100 Summer St.
Ste. 3150
Boston, MA 02110

Marlon Celio Munhoz
7 Jennifer Cir.
Plymouth, MA 02360

Newtek Small Business Finance Inc
1981 Marcus Ave.
Ste 130
New Hyde Park, NY 11042

NextGear Capital
11799 North College Avenue
Carmel, IN 46032

NP Realty, LLC


ProGuard Warranty
407 McAlpine St.
Pittston, PA 18641

Quincy Auto Auction
196 Ricciuti Dr.
Quincy, MA 02169

Ready Logistics
4615 E. Elwood St.
Ste. 300-400
Phoenix, AZ 85040

Right Direction Financial Services
1278 Hooksett Rd.
Ste 200
Hooksett, NH 03106

Samson Funding
17 State St.
New York, NY 10004
```

```
Shamrock Finance
9 Turnpike Rd.
Ipswich, MA 01938

Small Business Administration
55 Pleasant St.
Suite 3101
Concord, NH 03301

Thallys Gianrazeli
900 Skyline Dr.
Dracut, MA 01826

Vargas Towing Transportation Inc
27 Auburn St.
Everett, MA 02149

Vauto
3400 New Hyde Park Rd.
New Hyde Park, NY 11042

Vin Solutions
3400 New Hyde Park Rd.
New Hyde Park, NY 11042

Your Auction Tampa Bay
3010 Scherer Dr.
Saint Petersburg, FL 33716
```