## 13-Week Cash Forecast

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13-Weeks Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18-Feb | 25-Feb | 4-Mar | 11-Mar | 18-Mar | 25-Mar | 1-Apr | 8-Apr | 15-Apr | 22-Apr | 29-Apr | 6-May | 13-May | | |
| Starting Balance | $50,000 | $50,050 | $50,100 | $50,150 | $50,200 | $50,250 | $50,300 | $51,105 | $51,911 | $52,716 | $53,520 | $52,716 | $53,521 | $50,000 | |
| Total Income | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $2,795,000 | |
| Total Expenses | $214,950 | $214,950 | $214,950 | $214,950 | $214,950 | $214,950 | $214,195 | $214,195 | $214,195 | $214,196 | $214,197 | $214,195 | $213,945 | $2,788,817 | |
| Net Cash Flow | $50 | $50 | $50 | $50 | $50 | $50 | $805 | $805 | $805 | $804 | $803 | $805 | $1,055 | $6,183 | |
| Projected End Balance | $50,050 | $50,100 | $50,150 | $50,200 | $50,250 | $50,300 | $51,105 | $51,911 | $52,716 | $53,520 | $54,323 | $53,521 | $54,576 | $56,183 | Forecasted cash balance after 13 weeks |

### INCOME

| | 18-Feb | 25-Feb | 4-Mar | 11-Mar | 18-Mar | 25-Mar | 1-Apr | 8-Apr | 15-Apr | 22-Apr | 29-Apr | 6-May | 13-May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Receipts (Carl Sales) | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $2,535,000 |
| Service Revenue | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $260,000 |
| **TOTAL** | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $215,000 | $2,795,000 |

### COST OF GOODS SOLD

| | 18-Feb | 25-Feb | 4-Mar | 11-Mar | 18-Mar | 25-Mar | 1-Apr | 8-Apr | 15-Apr | 22-Apr | 29-Apr | 6-May | 13-May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inventory Cost | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $156,680 | $2,036,840 |
| Cost of Labor | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $234,000 |
| Other Vehicle Exp. | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $260,000 |
| **TOTAL COGS** | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $194,680 | $2,530,840 |

### EXPENSES

| | 18-Feb | 25-Feb | 4-Mar | 11-Mar | 18-Mar | 25-Mar | 1-Apr | 8-Apr | 15-Apr | 22-Apr | 29-Apr | 6-May | 13-May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounting | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $3,250 |
| Legal Fees | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $751 | $752 | $750 | $750 | $9,753 |
| Advertising & Marketing | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $32,500 |
| Auto Transport | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $45,500 |
| Bank & Merchant Fees | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $1,040 |
| Dues & subscriptions | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $15,600 |
| Insurance | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $9,100 |
| Maintenance | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $13,000 |
| Meals and Entertainment | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $2,600 |
| Office Supplies | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $13,000 |
| Other Business Expenses | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $13,000 |
| Phone Expenses | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $1,950 |
| Professional Services | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $4,875 |
| Rent & Lease | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $5,400 | $70,200 |
| Shipping Expenses | $70 | $70 | $70 | $70 | $70 | $70 | $70 | $70 | $70 | $70 | $70 | $70 | $70 | $910 |
| Taxes & Licenses | $325 | $325 | $325 | $325 | $325 | $325 | $325 | $325 | $325 | $325 | $325 | $325 | $325 | $4,225 |
| Trash Removal | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $1,625 |
| Utilities | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $6,500 |
| Travel | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $1,819 |
| Accrual: Trustee | 250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | | $3,000 |
| Accrual: Utilities | 755 | $755 | $755 | $755 | $755 | $755 | | | | | | | | $4,530 |
| **TOTAL OPEX** | $20,269.93 | $20,269.93 | $20,269.93 | $20,269.93 | $20,269.93 | $20,269.93 | $19,514.93 | $19,514.93 | $19,514.93 | $19,515.93 | $19,516.93 | $19,514.93 | $19,264.93 | $257,977.11 |
| **NET CASH FLOW** | $50 | $50 | $50 | $50 | $50 | $50 | $805 | $805 | $805 | $804 | $803 | $805 | $1,055 | |