Exhibit B

| Creditor | Date of Lien | Nature of Lien | Amount Owed |
|---|---|---|---|
| Next Gear Capital, Inc. | 4/23/2019 | Floor Plan and all asset | $184,042.00 |
| Automotive Finance Corp. | 5/1/2019 | Floor Plan and all asset | $96,588.00 |
| SBA | 6/12/2020 | All asset | $792,600.00 |
| Auction Credit Enterprises f/k/a XL Funding LLC | 5/5/2021 | Floor Plan and all asset | $173,812.00 |
| Shamrock Financing | 11/18/2021 | Floor Plan and all asset | $126,349.00 |
| Lendbuzz Floorplan, LLC | 11/18/2021 | Floor Plan and all asset | $409,319.00 |
| Newtek Small Bus. Fin. | 7/29/2022 | All future collections (MCA) | $114,112.00 |
| Samson MCA LLC | 1/19/2023 | All future collections (MCA) | $171,375.00 |
| | | | $2,068,197.00 |