# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 23-10064-BAH
Chapter 11

Beato Auto Sales, Inc.,
      Debtor

## ORDER OF THE COURT

Hearing Date: 02/17/2023 02:00 pm

Nature of Proceeding: **Doc# 9 Ex Parte Motion to Use Cash Collateral Interim Filed by Debtor Beato Auto Sales, Inc.**

Outcome of Hearing: The Motion for Interim Use of Cash Collateral is denied for the reasons stated on the record.

IT IS SO ORDERED:

/s/ Bruce A. Harwood     Date: 02/17/2023
Bruce A. Harwood
Chief Judge