**Fill in this information to identify the case:**

Debtor name **Beato Auto Sales, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **23-10064**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other  **Sale of Cars and Service** | **$2,866,599.26** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Sale of Cars and Service** | **$13,790,434.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **Sale of Cars and Service** | **$11,951,915.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Beato Auto Sales, Inc.**      Case number *(if known)*   **23-10064**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See Schedule 207.3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Rafael Beato**<br>**Lowell, MA**<br>**President/Owner** | **Bi weekly salary payments and distributions** | **$152,524.78** | **Salary and distributions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **LendBuzz** | **10 cars repossessed on Sunday, February 11, 2023** | | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Samson MCA LLC v. Beato Auto Sales, Inc.**<br>**135494-2023** | **Civil Collection** | **Supreme Court of the State of Ontario**<br>**Ontairo Count Clerk**<br>**20 Ontario St.**<br>**Canandaigua, NY 14424** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |



## Business Adv Relationship - 8209: Account Activity

Balance Summary:-$128,641.76 (available as of today 02/11/2023)
View:today 02/11/2023

### All Transactions

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 02/10/2023 | SAMSONSERVICING DES:ACHPAYMENT ID:W005 INDN:Beato Auto Sales Inc S CO... | P | -8,500.00 | |
| 02/10/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | P | -13,053.31 | |
| 02/10/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | P | -18,071.66 | |
| 02/10/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | P | -20,679.30 | |
| 02/10/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | P | -20,892.73 | |
| 02/10/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | P | -20,912.07 | |
| 02/10/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | P | -22,714.95 | |
| 02/09/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -5,409.58 | |
| 02/09/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -6,369.00 | |
| 02/09/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -16,365.00 | |
| 02/09/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -17,095.00 | |
| 02/09/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -17,796.00 | |
| 02/09/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -17,909.00 | |
| 02/09/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14098821 INDN:BEATO AUTO SALES INC... | I | -18,541.37 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 02/09/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14099498 INDN:BEATO AUTO SALES INC... | I | -21,549.92 | |
| 02/09/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14098820 INDN:BEATO AUTO SALES INC... | C | -22,387.07 | |
| 02/08/2023 | IOU CENTRAL DES:TRANSFER ID:2215882 INDN:BEATO AUTO SALES INC CO... | I | -10,215.18 | |
| 02/08/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | I | -15,065.08 | |
| 02/08/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -17,295.00 | |
| 02/08/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | I | -17,780.35 | |
| 02/08/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | I | -18,720.02 | |
| 02/08/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -20,718.00 | |
| 02/08/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -21,045.00 | |
| 02/08/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | I | -21,209.80 | |
| 02/08/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | I | -21,352.00 | |
| 02/08/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | I | -23,814.50 | |
| 02/08/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | I | -24,122.40 | |
| 02/08/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | I | -24,195.42 | |
| 02/08/2023 | WIRE TYPE:WIRE OUT DATE:230208 TIME:0431 ET TRN:2023020800151830 SERVICE... | C | -35,400.00 | |
| 02/08/2023 | Online Banking transfer to SAV 8769 Confirmation# 4584450397 | C | -19,520.00 | |
| 02/08/2023 | Online Banking transfer to SAV 8769 Confirmation# 4184445099 | C | -35,400.00 | |
| 02/07/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -13,071.00 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 02/07/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -15,095.00 | |
| 02/07/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -17,205.00 | |
| 02/07/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -18,019.43 | |
| 02/07/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -21,561.00 | |
| 02/07/2023 | Customer Withdrawal Image | C | -75,000.00 | |
| 02/07/2023 | Online Banking Transfer Conf# j86z06xjs; J AND R AUTO REPAIR INC | C | -7,959.00 | |
| 02/06/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -18,117.33 | |
| 02/06/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -18,152.34 | |
| 02/06/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,560.94 | |
| 02/06/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -20,618.27 | |
| 02/03/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -7,398.04 | |
| 02/03/2023 | SAMSONSERVICING DES:ACHPAYMENT ID:W004 INDN:Beato Auto Sales Inc S CO... | C | -8,500.00 | |
| 02/03/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -30,784.60 | |
| 02/02/2023 | ADP WAGE PAY DES:WAGE PAY ID:360084946955YH2 INDN:BEATO AUTO... | C | -10,565.01 | |
| 02/02/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -17,059.63 | |
| 02/02/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -17,360.00 | |
| 02/02/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -18,830.00 | |

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 02/02/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -19,472.00 | |

 **Bank of America**

## Business Adv Relationship - 8209: Account Activity

Balance Summary:-$128,641.76 (available as of today 02/11/2023)
View:today 02/11/2023

**All Transactions**

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 02/02/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,778.19 | |
| 02/02/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -21,291.00 | |
| 02/02/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -25,373.48 | |
| 02/02/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -27,874.00 | |
| 02/02/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -29,267.73 | |
| 02/02/2023 | Check 6222 | C | -16,480.00 | |
| 02/01/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -7,498.00 | |
| 02/01/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -7,861.96 | |
| 02/01/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -9,718.00 | |
| 02/01/2023 | IOU CENTRAL DES:TRANSFER ID:2214029 INDN:BEATO AUTO SALES INC CO... | C | -10,215.18 | |
| 02/01/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -11,151.00 | |
| 02/01/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -11,447.75 | |
| 02/01/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -13,651.00 | |
| 02/01/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -18,826.65 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 01/31/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14051775 INDN:BEATO AUTO SALES INC... | C | -9,751.20 | |
| 01/31/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -16,137.24 | |
| 01/31/2023 | Check 6211 | C | -24,397.95 | |
| 01/30/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -12,680.29 | |
| 01/30/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -15,467.84 | |
| 01/30/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -17,073.72 | |
| 01/30/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -20,377.46 | |
| 01/30/2023 | Online Banking Transfer Conf# p5g00edvb; J AND R AUTO REPAIR INC | C | -9,499.00 | |
| 01/27/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -5,781.17 | |
| 01/27/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -6,898.88 | |
| 01/27/2023 | SAMSONSERVICING DES:ACHPAYMENT ID:W003 INDN:Beato Auto Sales Inc S CO... | C | -8,500.00 | |
| 01/27/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -9,215.00 | |
| 01/27/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -9,913.58 | |
| 01/27/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -10,771.39 | |
| 01/27/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -14,937.73 | |
| 01/27/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -17,086.00 | |
| 01/27/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -20,234.00 | |

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 01/27/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -20,368.10 | |
| 01/27/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -22,804.00 | |
| 01/27/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -25,189.97 | |
| 01/27/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -30,074.00 | |
| 01/26/2023 | ADP WAGE PAY DES:WAGE PAY ID:613084518429YH2 INDN:BEATO AUTO... | C | -9,745.01 | |
| 01/26/2023 | AXLE FUNDING DES: FLOORPLAN ID: INDN:BEATO AUTO SALES INC CO ID:874127538A CCD | C | -26,187.00 | |
| 01/26/2023 | Online Banking transfer to SAV 8769 Confirmation# 4575917962 | C | -150,000.00 | |
| 01/26/2023 | WIRE TYPE:WIRE OUT DATE:230126 TIME:0704 ET TRN:2023012600237748 SERVICE... | C | -19,916.87 | |
| 01/25/2023 | IOU CENTRAL DES:TRANSFER ID:2212214 INDN:BEATO AUTO SALES INC CO... | C | -10,215.18 | |
| 01/25/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14030274 INDN:BEATO AUTO SALES INC... | C | -22,970.62 | |
| 01/25/2023 | Online Banking transfer to SAV 8769 Confirmation# 4264925972 | C | -100,000.00 | |
| 01/24/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14020177 INDN:BEATO AUTO SALES INC... | C | -9,653.86 | |
| 01/24/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14020178 INDN:BEATO AUTO SALES INC... | C | -11,403.06 | |
| 01/24/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -11,430.92 | |
| 01/24/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14020180 INDN:BEATO AUTO SALES INC... | C | -11,788.88 | |
| 01/24/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14020174 INDN:BEATO AUTO SALES INC... | C | -12,743.50 | |
| 01/24/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -16,561.48 | |
| 01/24/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14020173 | C | -17,236.25 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
|  | INDN:BEATO AUTO SALES INC... |  |  |  |
| 01/24/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14020175 INDN:BEATO AUTO SALES INC... | C | -17,300.26 |  |



## Business Adv Relationship - 8209: Account Activity

Balance Summary:-$128,641.76 (available as of today 02/11/2023)
View:today 02/11/2023

**All Transactions**

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 01/24/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,133.68 | |
| 01/24/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14020176 INDN:BEATO AUTO SALES INC... | C | -22,536.12 | |
| 01/24/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -27,851.71 | |
| 01/24/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -29,306.57 | |
| 01/24/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -29,614.28 | |
| 01/24/2023 | WIRE TYPE:WIRE OUT DATE:230124 TIME:1506 ET TRN:2023012400343924 SERVICE... | C | -19,860.12 | |
| 01/24/2023 | ADVANCE AUTO PARTS #893 01/23 PURCHASE DERRY NH DEBIT CARD *3892 | C | -5,388.18 | |
| 01/24/2023 | RETURN ITEM CHARGEBACK | C | -7,220.00 | |
| 01/23/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -7,761.91 | |
| 01/23/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -13,876.00 | |
| 01/23/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -17,011.35 | |
| 01/23/2023 | Check 6208 | C | -26,000.00 | |
| 01/23/2023 | Online Banking Transfer Conf# c5pzv6div; J AND R AUTO REPAIR INC | C | -12,714.08 | |
| 01/20/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -17,768.00 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 01/20/2023 | Customer Withdrawal Image | C | -32,165.00 | |
| 01/20/2023 | Online Banking transfer to SAV 8769 Confirmation# 5021838198 | C | -370,000.00 | |
| 01/19/2023 | ADP WAGE PAY DES:WAGE PAY ID:686094429812YH2 INDN:BEATO AUTO... | C | -10,374.16 | |
| 01/19/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:14000272 INDN:BEATO AUTO SALES INC... | C | -18,364.26 | |
| 01/19/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -20,157.00 | |
| 01/19/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -22,478.00 | |
| 01/18/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -5,726.09 | |
| 01/18/2023 | IOU CENTRAL DES:TRANSFER ID:2209421 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 01/18/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -17,175.00 | |
| 01/18/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,119.12 | |
| 01/18/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,173.65 | |
| 01/18/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -20,870.82 | |
| 01/18/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -23,426.07 | |
| 01/18/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -26,339.10 | |
| 01/18/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -31,293.14 | |
| 01/17/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -8,309.00 | |
| 01/17/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -10,375.00 | |

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 01/17/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -14,893.00 | |
| 01/17/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,054.00 | |
| 01/17/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,796.00 | |
| 01/17/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -21,638.00 | |
| 01/17/2023 | Check 6122 | C | -9,402.37 | |
| 01/17/2023 | WIRE TYPE:WIRE OUT DATE:230117 TIME:0816 ET TRN:2023011700558091 SERVICE... | C | -37,954.41 | |
| 01/17/2023 | Online Banking Transfer Conf# f4v19zyol; J AND R AUTO REPAIR INC | C | -8,387.34 | |
| 01/13/2023 | Check 6118 | C | -7,880.85 | |
| 01/12/2023 | ADP WAGE PAY DES:WAGE PAY ID:360084642282YH2 INDN:BEATO AUTO... | C | -12,028.72 | |
| 01/12/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,168.00 | |
| 01/12/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -21,638.46 | |
| 01/12/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -22,192.16 | |
| 01/12/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -22,206.51 | |
| 01/12/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -22,685.00 | |
| 01/12/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -23,285.79 | |
| 01/11/2023 | IOU CENTRAL DES:TRANSFER ID:2207720 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 01/11/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -17,065.34 | |
| 01/11/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 | C | -17,952.42 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| | PPD | | | |
| 01/11/2023 | WIRE TYPE:WIRE OUT DATE:230111 TIME:0750 ET TRN:2023011100237731 SERVICE... | C | -18,602.97 | |

 **Bank of America**

## Business Adv Relationship - 8209: Account Activity

Balance Summary:-$128,641.76 (available as of today 02/11/2023)
View:today 02/11/2023

### All Transactions

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 01/10/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -10,721.00 | |
| 01/10/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -10,768.00 | |
| 01/10/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -18,855.00 | |
| 01/10/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -19,288.00 | |
| 01/10/2023 | Check 6105 | C | -29,312.44 | |
| 01/09/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -9,522.81 | |
| 01/09/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -9,908.00 | |
| 01/09/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -10,073.04 | |
| 01/09/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -10,826.93 | |
| 01/09/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -12,778.25 | |
| 01/09/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -14,403.00 | |
| 01/09/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -17,259.58 | |
| 01/09/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -20,384.00 | |
| 01/09/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -21,780.30 | |

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 01/09/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -24,623.52 | |
| 01/06/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13941549 INDN:BEATO AUTO SALES INC... | C | -13,111.55 | |
| 01/06/2023 | LENDBUZZ FLOORPL DES:ACH ID: INDN:BEATO AUTO SALES CO ID:5195424900 CCD PMT... | C | -14,584.59 | |
| 01/06/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13941552 INDN:BEATO AUTO SALES INC... | C | -15,859.63 | |
| 01/06/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13941551 INDN:BEATO AUTO SALES INC... | C | -16,342.10 | |
| 01/06/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13941550 INDN:BEATO AUTO SALES INC... | C | -16,711.27 | |
| 01/06/2023 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -17,664.01 | |
| 01/05/2023 | ADP WAGE PAY DES:WAGE PAY ID:929827030973YH2 INDN:BEATO AUTO... | C | -9,440.53 | |
| 01/05/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,754.60 | |
| 01/05/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -20,064.12 | |
| 01/05/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -20,069.28 | |
| 01/04/2023 | IOU CENTRAL DES:TRANSFER ID:2205754 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 01/04/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13929151 INDN:BEATO AUTO SALES INC... | C | -6,936.56 | |
| 01/04/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13929152 INDN:BEATO AUTO SALES INC... | C | -7,739.92 | |
| 01/04/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13929136 INDN:BEATO AUTO SALES INC... | C | -17,477.97 | |
| 01/04/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13929135 INDN:BEATO AUTO SALES INC... | C | -18,765.61 | |
| 01/04/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13929137 INDN:BEATO AUTO SALES INC... | C | -19,580.21 | |
| 01/04/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato | C | -22,639.00 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| | Auto Sales Inc CO... | | | |
| 01/04/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -27,136.00 | |
| 01/04/2023 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -27,893.00 | |
| 01/04/2023 | WIRE TYPE:WIRE OUT DATE:230104 TIME:0748 ET TRN:2023010400251634 SERVICE... | C | -41,418.97 | |
| 01/03/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -13,501.39 | |
| 01/03/2023 | AFC FUNDING CORP DES:XPRESS PAY ID:13917475 INDN:BEATO AUTO SALES INC... | C | -15,326.37 | |
| 01/03/2023 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -18,033.73 | |
| 01/03/2023 | Check 5885 | C | -16,480.00 | |
| 01/03/2023 | Online Banking Transfer Conf# an2miqakn; J AND R AUTO REPAIR INC | C | -9,672.00 | |
| 12/30/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13912352 INDN:BEATO AUTO SALES INC... | C | -9,889.42 | |
| 12/30/2022 | PROGUARDWARRANTY DES:WEBPAYMENT ID: INDN:BEATO AUTO SALES INC CO... | C | -14,365.00 | |
| 12/30/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -16,250.79 | |
| 12/30/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -17,570.89 | |
| 12/30/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -18,126.00 | |
| 12/30/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,041.32 | |
| 12/30/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,699.00 | |
| 12/30/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -21,044.44 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 12/30/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -21,640.00 | |
| 12/29/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -9,118.00 | |



## Business Adv Relationship - 8209: Account Activity

Balance Summary:-$128,641.76 (available as of today 02/11/2023)
View:today 02/11/2023

**All Transactions**

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 12/29/2022 | ADP WAGE PAY DES:WAGE PAY ID:938524460399YH2 INDN:BEATO AUTO... | C | -9,591.33 | |
| 12/29/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -13,419.50 | |
| 12/29/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13907294 INDN:BEATO AUTO SALES INC... | C | -15,771.30 | |
| 12/29/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -16,259.50 | |
| 12/29/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -16,988.00 | |
| 12/29/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -23,297.50 | |
| 12/29/2022 | Check 5975 | C | -26,894.77 | |
| 12/28/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13901019 INDN:BEATO AUTO SALES INC... | C | -5,587.75 | |
| 12/28/2022 | IOU CENTRAL DES:TRANSFER ID:2204020 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 12/28/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -12,645.00 | |
| 12/28/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13901020 INDN:BEATO AUTO SALES INC... | C | -12,679.05 | |
| 12/28/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13901021 INDN:BEATO AUTO SALES INC... | C | -12,966.14 | |
| 12/27/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,440.00 | |
| 12/27/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -18,031.86 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 12/27/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -21,163.06 | |
| 12/27/2022 | Online Banking Transfer Conf# ei5py9s9m; J AND R AUTO REPAIR INC | C | -6,593.00 | |
| 12/23/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -13,224.00 | |
| 12/22/2022 | BANK OF AMERICA DES:DEPOSIT ID:372676638888 INDN:BEATO AUTO SALES... | C | -5,000.00 | |
| 12/22/2022 | ADP WAGE PAY DES:WAGE PAY ID:598061466732YH2 INDN:BEATO AUTO... | C | -9,591.35 | |
| 12/22/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -18,885.50 | |
| 12/22/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -22,640.87 | |
| 12/22/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -23,995.00 | |
| 12/22/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -24,570.00 | |
| 12/22/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -26,683.00 | |
| 12/21/2022 | IOU CENTRAL DES:TRANSFER ID:2202307 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 12/21/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -17,046.10 | |
| 12/21/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -18,724.46 | |
| 12/21/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -20,053.54 | |
| 12/21/2022 | Check 5969 | C | -20,129.20 | |
| 12/20/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -10,463.61 | |
| 12/20/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -10,553.86 | |

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 12/20/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -12,383.72 | |
| 12/20/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -16,441.86 | |
| 12/20/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -24,317.65 | |
| 12/19/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -10,813.31 | |
| 12/19/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -16,584.46 | |
| 12/19/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -17,768.12 | |
| 12/19/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,183.48 | |
| 12/19/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,522.19 | |
| 12/19/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -20,726.70 | |
| 12/19/2022 | Online Banking Transfer Conf# azpj3ymvw; J AND R AUTO REPAIR INC | C | -18,126.00 | |
| 12/15/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -7,561.55 | |
| 12/15/2022 | ADP WAGE PAY DES:WAGE PAY ID:768085776233YH2 INDN:BEATO AUTO... | C | -8,824.17 | |
| 12/14/2022 | IOU CENTRAL DES:TRANSFER ID:2200484 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 12/14/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13844487 INDN:BEATO AUTO SALES INC... | C | -7,303.13 | |
| 12/14/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13842702 INDN:BEATO AUTO SALES INC... | C | -14,645.73 | |
| 12/14/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13844488 INDN:BEATO AUTO SALES INC... | C | -17,286.06 | |
| 12/13/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato | C | -13,741.00 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
|  | Auto Sales Inc CO... |  |  |  |
| 12/13/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -27,961.15 |  |
| 12/12/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -12,505.00 |  |



## Business Adv Relationship - 8209: Account Activity

Balance Summary:-$128,641.76 (available as of today 02/11/2023)
View:today 02/11/2023

**All Transactions**

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 12/12/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -19,234.10 | |
| 12/12/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -23,689.50 | |
| 12/12/2022 | Online Banking Transfer Conf# jc9t4ko6h; J AND R AUTO REPAIR INC | C | -8,185.00 | |
| 12/09/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -9,805.00 | |
| 12/09/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -17,488.47 | |
| 12/09/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -18,488.00 | |
| 12/09/2022 | Customer Withdrawal Image | C | -19,384.72 | |
| 12/09/2022 | Online Banking Transfer Conf# e0ahp8pq0; ezequiel zapata | C | -5,000.00 | |
| 12/08/2022 | ADP WAGE PAY DES:WAGE PAY ID:936524588157YH2 INDN:BEATO AUTO... | C | -8,911.50 | |
| 12/08/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -21,026.53 | |
| 12/08/2022 | Check 5945 | C | -17,019.59 | |
| 12/07/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -6,299.82 | |
| 12/07/2022 | IOU CENTRAL DES:TRANSFER ID:2198569 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 12/07/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -8,271.00 | |
| 12/07/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13810300 INDN:BEATO AUTO SALES INC... | C | -8,435.31 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 12/07/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -8,472.00 | |
| 12/07/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13810306 INDN:BEATO AUTO SALES INC... | C | -9,668.18 | |
| 12/07/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -9,670.00 | |
| 12/07/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -12,248.80 | |
| 12/07/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,773.00 | |
| 12/07/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -19,346.44 | |
| 12/07/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -19,988.30 | |
| 12/06/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -11,085.89 | |
| 12/06/2022 | PROGUARDWARRANTY DES:WEBPAYMENT ID: INDN:BEATO AUTO SALES INC CO... | C | -11,410.00 | |
| 12/06/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -12,866.00 | |
| 12/06/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -13,455.00 | |
| 12/06/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13802991 INDN:BEATO AUTO SALES INC... | C | -16,672.95 | |
| 12/06/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,889.00 | |
| 12/06/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -17,619.68 | |
| 12/06/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -24,967.29 | |
| 12/06/2022 | Check 5944 | C | -10,030.78 | |
| 12/06/2022 | ACADIA INSURANCE GROUP 12/05 PURCHASE 203-629-3000 CT DEBIT CARD *3892 | C | -5,263.00 | |
| 12/05/2022 | Online Banking Transfer Conf# q4yyfdr2j; J AND R AUTO REPAIR INC | C | -10,095.00 | |

2/11/23, 5:01 PM                                Account Activity - Print Friendly

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 12/02/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13790412 INDN:BEATO AUTO SALES INC... | C | -11,109.36 | |
| 12/02/2022 | Check 5870 | C | -16,000.00 | |
| 12/02/2022 | Online Banking Transfer Conf# blv2b16f7; vargas towing transportation inc | C | -6,219.00 | |
| 12/01/2022 | ADP WAGE PAY DES:WAGE PAY ID:609060865673YH2 INDN:BEATO AUTO... | C | -8,966.78 | |
| 12/01/2022 | LENDBUZZ FLOORPL DES:ACH ID: INDN:BEATO AUTO SALES CO ID:5195424900 CCD PMT... | C | -14,647.67 | |
| 12/01/2022 | LENDBUZZ FLOORPL DES:ACH ID: INDN:BEATO AUTO SALES CO ID:5195424900 CCD PMT... | C | -20,365.88 | |
| 11/30/2022 | IOU CENTRAL DES:TRANSFER ID:2196624 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 11/30/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13778954 INDN:BEATO AUTO SALES INC... | C | -11,692.60 | |
| 11/30/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -14,848.81 | |
| 11/30/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -15,427.68 | |
| 11/30/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13778952 INDN:BEATO AUTO SALES INC... | C | -15,864.64 | |
| 11/30/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13778953 INDN:BEATO AUTO SALES INC... | C | -17,501.42 | |
| 11/30/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -70,821.68 | |
| 11/30/2022 | Check 6039 | C | -35,356.39 | |
| 11/29/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -14,007.00 | |
| 11/29/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13770913 INDN:BEATO AUTO SALES INC... | C | -17,057.23 | |
| 11/29/2022 | WIRE TYPE:WIRE OUT DATE:221129 TIME:0652 ET TRN:2022112900235380 SERVICE... | C | -5,310.00 | |



## Business Adv Relationship - 8209: Account Activity

Balance Summary:-$128,641.76 (available as of today 02/11/2023)
View:today 02/11/2023

**All Transactions**

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 11/28/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -14,916.00 | |
| 11/28/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,019.00 | |
| 11/28/2022 | Online Banking Transfer Conf# aoage35fh; J AND R AUTO REPAIR INC | C | -5,565.58 | |
| 11/25/2022 | Zelle Transfer Conf# ry6v8lfi8; Dioselina | C | -5,000.00 | |
| 11/23/2022 | IOU CENTRAL DES:TRANSFER ID:2195052 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 11/23/2022 | ADP WAGE PAY DES:WAGE PAY ID:940824158057YH2 INDN:BEATO AUTO... | C | -9,455.85 | |
| 11/23/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -11,384.19 | |
| 11/23/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13751479 INDN:BEATO AUTO SALES INC... | C | -12,874.01 | |
| 11/23/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -17,133.00 | |
| 11/22/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -13,425.76 | |
| 11/22/2022 | LENDBUZZ FLOORPL DES:ACH ID: INDN:BEATO AUTO SALES CO ID:5195424900 CCD PMT... | C | -14,076.58 | |
| 11/22/2022 | LENDBUZZ FLOORPL DES:ACH ID: INDN:BEATO AUTO SALES CO ID:5195424900 CCD PMT... | C | -23,346.19 | |
| 11/22/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -24,169.26 | |
| 11/22/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -24,535.04 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 11/22/2022 | ADVANCE AUTO PARTS #893 11/21 PURCHASE DERRY NH DEBIT CARD *3892 | C | -5,326.46 | |
| 11/21/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -18,541.00 | |
| 11/21/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -19,518.00 | |
| 11/21/2022 | Zelle Transfer Conf# rbmwm23uy; JUAN CARLOS LIRIANO | C | -5,306.03 | |
| 11/18/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -7,834.30 | |
| 11/18/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -11,790.81 | |
| 11/17/2022 | ADP WAGE PAY DES:WAGE PAY ID:942023410719YH2 INDN:BEATO AUTO... | C | -9,649.53 | |
| 11/17/2022 | Zelle Transfer Conf# jbune35hz; Sapata Mantenimiento | C | -8,952.28 | |
| 11/16/2022 | IOU CENTRAL DES:TRANSFER ID:2193362 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 11/16/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13718368 INDN:BEATO AUTO SALES INC... | C | -6,362.73 | |
| 11/15/2022 | AFC FUNDING CORP DES:XPRESS PAY ID:13712451 INDN:BEATO AUTO SALES INC... | C | -7,273.87 | |
| 11/15/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -8,495.00 | |
| 11/15/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -11,952.85 | |
| 11/15/2022 | LENDBUZZ FLOORPL DES:ACH ID: INDN:BEATO AUTO SALES CO ID:5195424900 CCD PMT... | C | -14,595.61 | |
| 11/15/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -19,859.67 | |
| 11/15/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -20,750.22 | |
| 11/15/2022 | LENDBUZZ FLOORPL DES:ACH ID: INDN:BEATO AUTO SALES CO ID:5195424900 CCD PMT... | C | -30,512.82 | |
| 11/15/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 | C | -40,925.72 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| | INDN:BEATO AUTO SALES INC CO... | | | |
| 11/14/2022 | Zelle Transfer Conf# gh47qlyrd; JUAN CARLOS LIRIANO | C | -11,088.60 | |
| 11/14/2022 | Zelle Transfer Conf# f30utbad1; Dioselina | C | -6,000.00 | |
| 11/10/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -14,884.91 | |
| 11/10/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -16,574.00 | |
| 11/09/2022 | IOU CENTRAL DES:TRANSFER ID:2191737 INDN:BEATO AUTO SALES INC CO... | C | -6,353.11 | |
| 11/09/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -6,550.18 | |
| 11/09/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -6,597.76 | |
| 11/09/2022 | ADP WAGE PAY DES:WAGE PAY ID:190069814893YH2 INDN:BEATO AUTO... | C | -7,846.59 | |
| 11/09/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -11,314.24 | |
| 11/09/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -23,888.84 | |
| 11/08/2022 | AUCTIONCREDITLLC DES: FloorPlan ID: INDN:Beato Auto Sales Inc CO... | C | -13,238.00 | |
| 11/08/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -13,884.45 | |
| 11/08/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -14,139.88 | |
| 11/08/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -15,685.57 | |
| 11/08/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -19,491.81 | |
| 11/08/2022 | NEXTGEAR PAYMENT DES:PAYMENT ID:126700 INDN:BEATO AUTO SALES INC CO... | C | -25,339.65 | |
| 11/08/2022 | LENDBUZZFLOORPLA DES:PURCHASE ID: INDN:BEATO AUTO SALES INC CO ID:3383693141 PPD | C | -31,115.33 | |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 11/08/2022 | Check 6013 | C | -5,000.00 | |

| Debtor | **Beato Auto Sales, Inc.** | Case number *(if known)* | **23-10064** |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Tamposi Law Group, P.C.**<br>**159 Main St.**<br>**Nashua, NH 03060** | **Attorney Fees - $25,000 paid on or about 3.9.23, $2,400 used prior to filing to generate motion to use cash collateral, petition, etc.** | **3/9/23** | **$25,000.00** |
| | Email or website address<br>**peter@thetamposilawgroup.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | **Beato Auto Sales, Inc.** | Case number *(if known)* **23-10064** |
|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Personal information for auto loans**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Beato Auto Sales, Inc.**                                    Case number *(if known)*   **23-10064**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Citizens Bank Nashua | Rafael Beato | We used this to hold small amounts of cash deposits when we started, but have not used it in several months. It is empty. | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various, see Schedule 207.21 | | See Schedule 207.21 | $0.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**



February 22, 2023

The information below were pending transactions with deposits paid by future buyers.

| Customer's Name | Address | Deposit Owed to Customer |
|---|---|---|
| Matthew Capstick | 10 Lynde Street Salem MA 01970 | $500 |
| Rebecca Charlton | 24 Burt St Norton MA 02766 | $1500 |
| Andre Bridges | 54 Woodlawn Rd Randolph MA 02368 | $1200 |
| Terence Bunch-Small | 36 Marion St Methuen MA 01844 | $4000 |
| Wilver Angel Bernal | 25 Neil St Marlboro MA | $2500 |
| Jalen Hunter | 62 Edwards Ave Swansea MA 02777 | $500 |
| Benjamin Patrick Bailey | 49 B Kienia RD Hudson NH 03051 | $885 |
| Erick Cortijo Rodriguez | 420 Maple St Apt 1 Manchester NH 03103 | $1000 |
| Zelfa Hamadieh | 29 Tremont St Exeter NH 03833 | $2500 |
| Jose Luis Velasquez | 78 Turnpike St Apt 2 N Andover MA | $3000 |

Sincerely,

Beato Auto Sales Inc.

| Debtor | **Beato Auto Sales, Inc.** | Case number *(if known)* **23-10064** |
|---|---|---|

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Carlo Amaral**<br>**AccuBooks**<br>**10 Dorrance St.**<br>**Providence, RI 02903** | **1.1.20 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Beato Auto Sales, Inc.** | | Case number *(if known)* | **23-10064** |
|---|---|---|---|---|

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | **Rafael Beato** | **2/22/23** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Debtor** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rafael Beato** | | **Equity Holder/President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Beato Auto Sales, Inc.** _____    Case number *(if known)*  **23-10064** _____

---

**Part 14:**   Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2023** _____

**/s/ Rafael Beato** _____    **Rafael Beato** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name  **Beato Auto Sales, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)  **23-10064**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America (negative balance)** | **Checking Account** | | $0.00 |
| 3.2. | **Citizens Bank** | **Checking** | | $2,500.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | $2,500.00 |
| --- | --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

Debtor    **Beato Auto Sales, Inc.**                                    Case number *(If known)* **23-10064**
          Name

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Automobile Inventory identified in schedules D.1 - D.4** | | $1,878,792.00 | | $1,878,792.00 |

| 23. | **Total of Part 5.** | | $1,878,792.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.  Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | **Office furniture** | | | | |

| VEHICLE | VIN | FUNDED AMOUNT | PAYOFF | COMPANY | BEATO'S PRINCIPAL BUYDOWN / EQUITY |
|---|---|---|---|---|---|
| 2019 Hyundai Ioniq Hybrid Blue | KMHC65LC3KU180046 | $11,000 | $11,167 | LENDBUZZ | |
| 2019 Hyundai Ioniq Hybrid Blue | KMHC65LC3KU178717 | $11,800 | $11,972 | LENDBUZZ | |
| 2014 Kia Soul Plus | KNDJP3A52E7720927 | $9,275 | $9,035 | LENDBUZZ | |
| 2016 Mercedes-Benz GLC 300 4MATIC® | WDC0G4KB5GF059337 | $20,100 | $20,327 | LENDBUZZ | |
| 2019 Kia Sportage LX | KNDPMCAC5K7494315 | $15,181 | $15,382 | LENDBUZZ | |
| 2019 Chevrolet Trax LS | 3GNCJNSB0KL216336 | $14,795 | $15,023 | LENDBUZZ | |
| 2018 Dodge Charger GT | 2C3CDXJG6JH207516 | $20,715 | $20,997 | LENDBUZZ | |
| 2018 Chevrolet Trax LT | 3GNCJPSB8JL270168 | $12,785 | $12,995 | LENDBUZZ | |
| 2017 Ford Explorer XLT | 1FM5K8D85HGD14661 | $17,995 | $18,215 | LENDBUZZ | |
| 2020 Toyota Camry SE | 4T1G11BK6LU015000 | $21,750 | $21,284 | LENDBUZZ | |
| 2016 Subaru Outback 2.5i Premium | 4S4BSACC1G3251936 | $13,530 | $13,780 | LENDBUZZ | |
| 2018 Chevrolet Cruze LT | 1G1BE5SM7J7195877 | $11,865 | $12,096 | LENDBUZZ | |
| 2015 Bmw 3 Series | WBA3C1C51FK122846 | $12,070 | $11,615 | LENDBUZZ | |
| 2020 Jeep Cherokee | 1C4PJMDN5LD564801 | $24,505 | $23,272 | LENDBUZZ | |
| 2018 Gmc Acadia | 1GKKNXLSXJZ171873 | $20,625 | $21,005 | LENDBUZZ | |
| 2018 Chevrolet Traverse | 1GNEVGKW9JJ123381 | $21,125 | $21,512 | LENDBUZZ | |
| 2015 Hyundai Elantra | 5NPDH4AE5FH637019 | $9,760 | $9,966 | LENDBUZZ | |
| 2016 Bmw 3 Series | WBA8B3C54GK383362 | $25,330 | $12,894 | LENDBUZZ | |
| 2018 Chevrolet Trax | 3GNCJPSB8JL270168 | $12,785 | $12,995 | LENDBUZZ | |
| 2015 Dodge Durango Limited | 1C4RDJDG7FC861238 | $19,455 | $19,686 | LENDBUZZ | |
| 2017 Audi Q7 3.0T Premium quattro | WA1AAAF7XHD011596 | $19,795 | $20,116 | LENDBUZZ | |
| 2019 Chevrolet Equinox LT | 3GNAXJEV6KS609431 | $16,200 | $16,480 | LENDBUZZ | |
| 2015 Chevrolet Cruze 1LT 1LT | 1G1PC5SB3F7161419 | $5,800 | $5,961 | LENDBUZZ | |
| 2019 Chevrolet Equinox LT | 3GNAXKEV0KS619443 | $16,100 | $16,378 | LENDBUZZ | |
| 2015 Chrysler 200 C | 1C3CCCCG9FN572750 | $9,769 | $6,880 | LENDBUZZ | |
| 2012 Mercedes-Benz C-Class C 300 Luxury 4MATIC® | WDDGF8BB4CA694741 | $5,000 | $5,152 | LENDBUZZ | |
| 2015 Hyundai Elantra Limited | 5NPDH4AE5FH637019 | $9,760 | $9,967 | LENDBUZZ | |
| 2015 Chrysler 300C Platinum | 2C3CCAPG2FH760601 | $18,330 | $18,686 | LENDBUZZ | |
| 2016 BMW 3 Series 328i xDrive | WBA8E3G53GNT75821 | $15,305 | $15,618 | LENDBUZZ | |
| 2016 Audi Q5 2.0T Premium quattro | WA1C2AFP9GA048449 | $17,010 | $17,347 | LENDBUZZ | |
| 2017 INFINITI QX60 Base | 5N1DL0MM8HC557752 | $15,890 | $16,211 | LENDBUZZ | |
| 2017 BMW X3 xDrive28i | 5UXWX9C30H0W72490 | $15,405 | $15,719 | LENDBUZZ | |
| 2016 Subaru Crosstrek 2.0i Limited | JF2GPAKC9GH314976 | $15,285 | $15,598 | LENDBUZZ | |
| 2017 Dodge Journey SE | 3C4PDDAG1HT605648 | $6,950 | $7,144 | LENDBUZZ | |
| 2012 Ford Expedition Limited | 1FMJU2A58CEF63606 | $9,620 | $9,874 | LENDBUZZ | |
| 2017 Honda Pilot | 5FNYF6H52HB004844 | $19,000 | $19,373 | LENDBUZZ | |
| 2017 Subaru Legacy 2.5i Premium | 4S3BNAF67H3066423 | $10,405 | $10,657 | LENDBUZZ | |
| 2016 BMW 3 Series 340i | WBA8B3C54GK383362 | $25,330 | $12,895 | LENDBUZZ | |
| 2016 Land Rover Range Rover Sport 3.0L V6 Supercharged SE | SALWG2VF6GA651404 | $23,350 | $23,834 | LENDBUZZ | |
| 2019 Volvo XC90 T6 Momentum | YV4A22PK6K1476006 | $25,945 | $26,472 | LENDBUZZ | |
| 2018 Hyundai Elantra SEL | 5NPD84LF4JH256521 | $9,820 | $10,079 | LENDBUZZ | |
| 2016 Honda Accord Sport | 1HGCR2F50GA107167 | $16,185 | $16,550 | LENDBUZZ | |
| 2019 Jeep Cherokee Overland | 1C4PJMJXXKD393130 | $16,200 | $16,408 | LENDBUZZ | |
| 2019 Dodge Challenger R/T | 2C3CDZBT9KH556923 | $21,250 | $21,708 | LENDBUZZ | |
| 2008 Toyota RAV4 Sport | JTMBK32V985064064 | $4,025 | $4,210 | LENDBUZZ | |

| Vehicle | VIN | | | | |
|---|---|---|---|---|---|
| 2017 Jeep Grand Cherokee Laredo | 1C4RJEAG6HC686035 | $17,310 | $16,579 | LENDBUZZ | |
| 2016 Land Rover Range Rover Sport 3.0L V6 Supercharged HSE | SALWS2VF5GA555021 | $28,600 | $29,114 | LENDBUZZ | |
| 2020 Jeep Cherokee Limited | 1C4PJMDN5LD564801 | $19,000 | $19,419 | LENDBUZZ | |
| 2019 Honda Civic EX | 2HGFC1F37KH650176 | $17,910 | $18,303 | LENDBUZZ | |
| 2011 Honda Pilot EX-L | 5FNYF4H54BB050882 | $4,075 | $4,251 | LENDBUZZ | |
| 2017 BMW X1 xDrive28i | WBXHT3C30H5F76645 | $15,775 | $16,158 | LENDBUZZ | |
| 2018 Mazda CX-5 Sport | JM3KFABM8J1422534 | $16,600 | $16,978 | LENDBUZZ | |
| 2014 Jeep Grand Cherokee | 1C4RJFCG5EC523293 | $22,012 | $14,551 | LENDBUZZ | |
| 2015 BMW 3 Series 328i | WBA3C1C51FK122846 | $12,070 | $11,615 | LENDBUZZ | |
| 2017 Land Rover Range Rover Evoque SE | SALVP2BG2HH214310 | $16,700 | $17,167 | LENDBUZZ | |
| 2021 Ford Transit-150 Base | 1FTYE1Y86MKA06951 | $26,730 | $27,453 | LENDBUZZ | |
| 2017 Hyundai Santa Fe SE | KM8SMDHFXHU183050 | $13,345 | $13,797 | LENDBUZZ | |
| 2016 Jeep Grand Cherokee Summit | 1C4RJFJG4GC306193 | $19,895 | $20,577 | LENDBUZZ | |
| 2013 Chevrolet Malibu | 1G11D5SR1DF135193 | $8,462 | $6,070 | LENDBUZZ | |
| 2021 Kia Forte LXS | 3KPF24AD9ME334599 | $16,365 | $16,759 | LENDBUZZ | |
| 2019 Volkswagen Jetta 1.4T S | 3VWC57BU3KM044434 | $17,824 | $14,834 | LENDBUZZ | |
| 2016 Hyundai Accent SE | KMHCT4AE4GU979669 | $8,105 | $8,483 | LENDBUZZ | |
| 2016 Nissan Altima | 1N4AL3AP5GN309197 | $5,434 | $5,606 | LENDBUZZ | |
| 2015 Mercedes Benz CLA | WDDSJ4EB9FN182595 | $24,227 | $13,766 | LENDBUZZ | |
| 2015 Audi A5 Premium | WAUMFAFH4FN006332 | $18,555 | $17,761 | LENDBUZZ | |
| 2016 Mercedes-Benz E-Class E 400 4MATIC® | WDDKJ6HB3GF332171 | $14,240 | $13,665 | LENDBUZZ | |
| 2017 Acura MDX 3.5L SH-AWD w/Technology Package | 5FRYD4H56HB030839 | $23,495 | $22,443 | LENDBUZZ | |
| 2017 Audi A4 2.0T quattro | WAUDNAF43HN043861 | $17,430 | $16,709 | LENDBUZZ | |
| 2017 GMC Acadia | 1GKKNXLSXJZ171873 | $20,625 | $21,005 | LENDBUZZ | |
| 2014 Hyundai Tucson | KM8JU3AG8EU831442 | $6,645 | $6,781 | LENDBUZZ | |
| 2016 BMW X3 | 5UXWX9C51G0D67146 | $19,210 | $21,212 | LENDBUZZ / SHAMROCK | |
| ***71 VEHICLES IN STOCK*** | | **$1,124,815** | **$1,085,591** | | **$39,224** |

| VEHICLE | VIN | FUNDED AMOUNT | PAYOFF | COMPANY |
|---|---|---|---|---|
| 2014 Mercedes Benz E350 | WDDKK5KF6EF237488 | $12,585 | $12,465 | NEXTGEAR |
| 2020 Nissan Murano | 5N1AZ2CS7LN148961 | $21,855 | $21,850 | NEXTGEAR |
| 2016 Bmw X5 | 5UXKR0C56G0P27724 | $19,450 | $19,450 | NEXTGEAR |
| 2018 Mercedes Benz Glc | WDC0G4KB2JV089814 | $23,550 | $23,547 | NEXTGEAR |
| *4 VEHICLES IN STOCK* | | **$77,440** | **$77,312** | |

| VEHICLE | VIN | FUNDED AMOUNT | PAYOFF | COMPANY | BEATO'S PRINCIPAL BUYDOWN / EQUITY |
|---|---|---|---|---|---|
| 2005 Subaru Forester 2.5XT | JF1SG696X5H744119 | $4,125 | $4,345 | AFC | |
| 2008 Audi A4 2.0T quattro | WAUDF78E48A158952 | $4,700 | $4,925 | AFC | |
| 2012 Jeep Liberty Sport | 1C4PJMAK1CW150526 | $5,800 | $6,035 | AFC | |
| 2012 Honda Civic LX | 2HGFB2E59CH532286 | $3,950 | $4,176 | AFC | |
| 2010 Chrysler Sebring Touring | 1C3CC4FB0AN173451 | $4,000 | $3,893 | AFC | |
| 2018 Mercedes-Benz GLE 350 4MATIC® | 4JGDA5HB4JB104154 | $25,400 | $25,869 | AFC | |
| 2015 BMW 4 Series 428i Gran Coupe | WBA4A5C55FG051879 | $15,500 | $15,894 | AFC | |
| 2017 Nissan Altima 2.5 SV | 1N4AL3AP2HC167145 | $13,100 | $12,153 | AFC | |
| 2011 Subaru Outback 2.5i Premium | 4S4BRBCC5B3370454 | $4,750 | $4,611 | AFC | |
| 2016 Mercedes-Benz GLE 350 4MATIC® | 4JGDA5HBXGA739944 | $19,280 | $19,680 | AFC | |
| 2016 Mercedes-Benz GLE 350 4MATIC® | 4JGDA5HB4GA632145 | $20,000 | $20,556 | AFC | |
| 2015 Porsche Macan S | WP1AB2A59FLB74160 | $23,750 | $24,201 | AFC | |
| 2015 Mercedes-Benz E-Class E 400 | WDDKK6FF3FF299027 | $15,261 | $15,616 | AFC | |
| 2018 Mercedes-Benz GLE 350 | 4JGDA5JB1JB120032 | $24,000 | $24,649 | AFC | |
| 2016 GMC Acadia SLE-2 | 1GKKRPKD4GJ337030 | $11,625 | $11,233 | AFC | |
| 2013 Lexus RX 350 | 2T2BK1BA7DC173035 | $15,825 | $16,180 | AFC | |
| 2018 Mazda Mazda3 Touring | 3MZBN1L38JM208015 | $14,150 | $14,899 | AFC | |
| 2008 Toyota Sienna | 5TDBK23C18S013093 | $6,300 | $6,552 | AFC | |
| 2002 Ford Escape | 1FMYU04152KA36649 | $2,475 | $2,680 | AFC | |
| 2020 Land Rover Range Rover Evoque SE | SALZP2FX0LH077100 | $35,275 | $32,260 | AFC | |
| 2010 Ford Escape | 1FMCU5K36AKA95428 | $2,520 | $2,726 | AFC | |
| 2020 Toyota Highlander | 5TDDZRBH4LS012605 | $26,500 | $21,946 | AFC | |
| 2018 Mazda 3 | 3MZBN1L38JM208015 | $14,150 | $14,899 | AFC | |
| 2018 Mazda 3 | 3MZBN1L34JM170217 | $18,000 | $18,582 | AFC | |
| 2016 Land Rover Range Rover Sport 3.0L V6 Supercharged | SALWR2VFXGA634339 | $22,980 | $19,318 | AFC | |
| ***25 VEHICLES IN STOCK*** | | **$353,416** | **$347,878** | | **$5,538** |

| VEHICLE | VIN | FUNDED AMOUNT | PAYOFF | COMPANY | BEATO'S PRINCIPAL BUYDOWN / EQUITY |
|---|---|---|---|---|---|
| 2008 GMC Canyon SLE1 | 1GTDT13E888122463 | $4,525 | $4,807 | AXLE FUNDING | |
| 2015 INFINITI QX60 Base | 5N1AL0MMXFC547353 | $10,985 | $11,238 | AXLE FUNDING | |
| 2020 Mitsubishi Outlander Sport | JA4AR3AU3LU018478 | $16,035 | $16,299 | AXLE FUNDING | |
| 2017 Kia Optima Hybrid Base | KNAGT4LE7H5009102 | $9,460 | $9,686 | AXLE FUNDING | |
| 2017 Mitsubishi Lancer SE | JA32V2FW6HU009788 | $8,580 | $8,824 | AXLE FUNDING | |
| 2016 Volvo S60 T5 Drive-E Premier | YV126MFK8G2406950 | $9,440 | $9,703 | AXLE FUNDING | |
| 2016 Honda Fit EX | JHMGK5H7XGX041727 | $9,945 | $10,221 | AXLE FUNDING | |
| 2015 Mitsubishi Outlander Sport GT | 4A4AR4AW3FE028447 | $9,545 | $9,798 | AXLE FUNDING | |
| 2010 Dodge Nitro SE | 1D4PU2GK1AW147337 | $6,500 | $6,793 | AXLE FUNDING | |
| 2013 Ford Explorer Limited | 1FM5K8F83DGA00546 | $6,330 | $6,622 | AXLE FUNDING | |
| 2018 Mercedes Benz GLC | WDC0G4KB4JV039609 | $22,225 | $20,141 | AXLE FUNDING | |
| 2015 BMW x5 | 5UXKR6C5XF0J74755 | $18,530 | $16,049 | AXLE FUNDING | |
| 2016 Ford Fiesta Titanium | 3FADP4CJ3GM158158 | $9,660 | $9,940 | AXLE FUNDING | |
| 2017 Subaru Outback 2.5i Premium | 4S4BSAFC0H3394776 | $14,010 | $14,384 | AXLE FUNDING | |
| 2014 Honda Civic LX | 2HGFB2F51EH511837 | $9,555 | $9,864 | AXLE FUNDING | |
| 2016 Buick Encore Base | KL4CJESB8GB736800 | $9,060 | $9,376 | AXLE FUNDING | |
| 2018 Nissan Altima 2.5 S | 1N4AL3AP3JC115397 | $8,760 | $9,072 | AXLE FUNDING | |
| 2017 Honda Accord LX | 1HGCR2F38HA173997 | $15,455 | $15,882 | AXLE FUNDING | |
| 2016 Acura MDX 3.5L | 5FRYD4H46GB006160 | $19,495 | $19,989 | AXLE FUNDING | |
| 2018 Audi A5 Sportback | WAUBNCF51JA027246 | $21,570 | $18,559 | AXLE FUNDING | |
| 2021 Kia Sportage LX | KNDPMCACXM7943314 | $19,495 | $20,147 | AXLE FUNDING | |
| 2017 Audi A4 2.0T quattro | WAUENAF43HN067727 | $17,625 | $15,174 | AXLE FUNDING | |
| 2019 Kia Sportage LX | KNDPM3AC8K7558556 | $13,635 | $6,259 | AXLE FUNDING | |
| 2016 Ford Escape Titanium | 1FMCU0JX9GUB34954 | $12,470 | $5,730 | AXLE FUNDING | |
| 2019 Chevrolet Equinox | 3GNAXKEV0KS619443 | $16,955 | $17,295 | AXLE FUNDING | |
| 2017 INFINITI QX60 Base | 5N1DL0MM2HC522589 | $17,475 | $8,004 | AXLE FUNDING | |
| 2016 Acura RDX | 5J8TB4H35GL020767 | $19,775 | $18,078 | AXLE FUNDING | |
| 2015 Nissan XTERRA (At Auction) | 5N1AN0NW4FN662738 | $16,135 | $16,419 | AXLE FUNDING | |
| 2017 Nissan Sentra (At Auction) | 3N1AB7AP8HL662400 | $7,735 | $7,974 | AXLE FUNDING | |
| 2018 Ford EcoSport | MAJ6P1UL6JC245746 | $15,065 | $15,684 | AXLE FUNDING | |
| *30 VEHICLES IN STOCK* | | **$396,030** | **$368,011** | | **$28,019** |

Debtor   **Beato Auto Sales, Inc.**                                    Case number *(If known)*  **23-10064**
_____
Name

**Desks, Computers, chairs, TVs**          $3,720.00   **Liquidation**                    $3,720.00
_____      _____   _____      _____

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                       | $3,720.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.
      ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor  **Beato Auto Sales, Inc.**                          Case number *(If known)*  **23-10064**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,500.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,878,792.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,720.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,885,012.00** | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,885,012.00** |

| Fill in this information to identify the case: |
|---|

Debtor name **Beato Auto Sales, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **23-10064**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Automotive Finance Corporation** <br> Creditor's Name <br><br> **77 Hosmer St.** <br> **Acton, MA 01720** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **Auto inventory under floor plan (see attached Schedule D.3)** <br><br> **Describe the lien** <br> **578637** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $498,208.00 | $347,878.00 |
| **2.2** **AXLE Funding** <br> Creditor's Name <br><br> **400 Charter Way** <br> **North Billerica, MA 01862** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien** <br> **Auto inventory under floor plan (see attached Schedule D.4)** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | $665,501.00 | $368,011.00 |

| Debtor | **Beato Auto Sales, Inc.** | Case number (if known) | **23-10064** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Lendbuzz/Shamrock** | Describe debtor's property that is subject to a lien | $1,473,504.00 | $1,085,591.00 |
|---|---|---|---|---|

Creditor's Name

**100 Summer St.
Ste. 3150
Boston, MA 02110**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Auto inventory under floor plan (see attached Schedule D.1)**

**Describe the lien**

**Floor Plan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Newtek Small Business Finance Inc** | Describe debtor's property that is subject to a lien | $114,112.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Ave.
Ste 130
New Hyde Park, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**A/R**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **NextGear Capital** | Describe debtor's property that is subject to a lien | $184,042.00 | $77,312.00 |
|---|---|---|---|---|

Creditor's Name

**11799 North College Avenue
Carmel, IN 46032**

Creditor's mailing address

**Auto inventory under floor plan (see attached Schedule D.2)**

**Describe the lien**

**Floor Plan**

---

Debtor **Beato Auto Sales, Inc.**
_____
Name

Case number (if known)   **23-10064**

| | |
|---|---|
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6700** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Samson Funding** | Describe debtor's property that is subject to a lien | $171,375.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**17 State St.**
**New York, NY 10004**
Creditor's mailing address

Describe the lien
**A/R**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Shamrock Finance/Lendbuzz** | Describe debtor's property that is subject to a lien | $126,349.00 | $126,349.00 |
|---|---|---|---|---|

Creditor's Name

**9 Turnpike Rd.**
**Ipswich, MA 01938**
Creditor's mailing address

**Auto inventory under floor plan (see attached Schedule D.1)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor      **Beato Auto Sales, Inc.**                                              Case number (*if known*)    **23-10064**
_____
            Name

| 2.8 | **Small Business Administration** | Describe debtor's property that is subject to a lien | **$792,600.00** | **Unknown** |

Creditor's Name

**55 Pleasant St.
Suite 3101
Concord, NH 03301**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All business assets**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,025,691.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Beato Auto Sales, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)   **23-10064**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

    **1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

        ■ No. Go to Part 2.

        ☐ Yes. Go to line 2.

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

    **3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**700 Credit**
**PO Box 101015**
**Pasadena, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,263.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Akeem Jospeh Altidor**
**731 Steward Dr.**
**Abington, MA 02351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3** | Nonpriority creditor's name and mailing address

**America's Auto Auction**
**400 Charter Way**
**North Billerica, MA 01862**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Auction services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,750.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Attilio Disperio**
**49 Cross St.**
**Unit B.**
**Nashua, NH 03064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor    **Beato Auto Sales, Inc.**                                     Case number *(if known)*    **23-10064**
_____
          Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,400.00 |

Autotrader
3003 Summit Blvd. NE
Ste 200
Atlanta, GA 30319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Advertising</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,840.00 |

Bank of America
100 North Tyron St.
Charlotte, NC 28255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Credit Card</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,575.00 |

ByzFunder
530 7th Ave.
Ste. 505
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Unsecured Loan</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |

Credit Acceptance - $32,000
25505 W. 12 Mile Rd.
Southfield, MI 48034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Credit Card Processing</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Edwin Alexander Ramirez
25 Klebart Ave., Apt. 1
Webster, MA 01570

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Has paid deposit, needs to return car in their
possession.</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Estanislao Pideda Rivas
354 Lawrence St.
Lawrence, MA 01841

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Has paid deposit, needs to return car in their
possession.</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Evelyn and Emmanuel Konig
18 Wedmore St.
Keene, NH 03431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Has paid deposit, needs to return car in their
possession.</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Beato Auto Sales, Inc.**

_____    Case number (if known)    **23-10064**
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Frederick Jackson**
**262 Lowell St.**
**Manchester, NH 03104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,500.00 |
|------|---|---|---|

**FundBox**
**6900 Dallas Parkway**
**Ste. 700**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Gadaff Henry**
**6 Autumn Leaf Dr.**
**Nashua, NH 03060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,598.00 |
|------|---|---|---|

**IOU Financial**
**600 TownPark Lane**
**Ste. 100**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Jean Pierre**
**79 Serman St.**
**Apt. 7**
**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Joanne and Alysha Lynch**
**34 Summer St.**
**Apt. 3**
**Nashua, NH 03064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**John Thurell-Provencher**
**13 Beacon st.**
**Gloucester, MA 01930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Beato Auto Sales, Inc.**
_____
Name

Case number (if known)   **23-10064**
_____

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Jorge Antonio Valdovinos**
**168 Water St.**
**Lawrence, MA 01841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**KBB**
**3003 Summit Blvd NE**
**Ste 200**
**Atlanta, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$598.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Marlon Celio Munhoz**
**7 Jennifer Cir.**
**Plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Nicholas Guevara**
**88 Winter St.**
**Belmont, MA 02478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Has paid deposit, needs to return car in their possession.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**ProGuard Warranty**
**407 McAlpine St.**
**Pittston, PA 18641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$36,715.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Quincy Auto Auction**
**196 Ricciuti Dr.**
**Quincy, MA 02169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$31,370.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auction processor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Ready Logistics**
**4615 E. Elwood St.**
**Ste. 300-400**
**Phoenix, AZ 85040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$136,936.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Car transortation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Beato Auto Sales, Inc.** | Case number (if known) | **23-10064** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,071.00** |
|---|---|---|---|

**Right Direction Financial Services**
**1278 Hooksett Rd.**
**Ste 200**
**Hooksett, NH 03106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samantha Lake**
**14 Sonoma Dr.**
**Bedford, NH 03110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Has paid deposit, needs to return car in their__
__possession.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie Matos**
**1036 Middlesex St.**
**Apt. 8**
**Lowell, MA 01851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Has paid deposit, needs to return car in their__
__possession.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thallys Gianrazeli**
**900 Skyline Dr.**
**Dracut, MA 01826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Has paid deposit, needs to return car in their__
__possession.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Mccutcheon**
**55 Roberta Ave.**
**Lincoln, RI 02865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Has paid deposit, needs to return car in their__
__possession.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,100.00** |
|---|---|---|---|

**Vargas Towing Transportation Inc**
**27 Auburn St.**
**Everett, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Auto Transportation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,044.00** |
|---|---|---|---|

**Vauto**
**3400 New Hyde Park Rd.**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Beato Auto Sales, Inc.** |
| | Name |

Case number (*if known*) **23-10064**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,557.00 |
|---|---|---|---|

**Vin Solutions**
**3400 New Hyde Park Rd.**
**New Hyde Park, NY 11042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Title services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,165.00 |
|---|---|---|---|

**Your Auction Tampa Bay**
**3010 Scherer Dr.**
**Saint Petersburg, FL 33716**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auction services

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 674,482.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 674,482.00 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Beato Auto Sales, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW HAMPSHIRE</td></tr>
<tr><td>Case number (if known)</td><td><strong>23-10064</strong></td></tr>
</table>

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **Lease for 9 Nashua Rd, Derry NH** | |
| State the term remaining — **10 years** | **LDF Management, LLC** |
| List the contract number of any government contract | **David Fortier** |
| | **136 Rockingham Rd.** |
| | **Londonderry, NH 03053** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest — **Lease for 100 Northeastern Blvd., Nashua, NH** | |
| State the term remaining — **4 years** | **NP Realty, LLC** |
| List the contract number of any government contract | **c/o Mile High Real Estate** |
| | **253 Main St.** |
| | **Nashua, NH 03060** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest — **Lease for 6 Folsome Rd., Derry, NH** | |
| State the term remaining — **10 months** | **Summerview Real Estate** |
| List the contract number of any government contract | **44 W. Broadway** |
| | **Derry, NH 03038** |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Beato Auto Sales, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE |
| Case number (if known)    **23-10064** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Rafael Beato** | **Lowell, MA** | **700 Credit** | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.2 | **Rafael Beato** | **Lowell, MA** | **Automotive Finance Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Rafael Beato** | **Lowell, MA** | **AXLE Funding** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Rafael Beato** | **Lowell, MA** | **Bank of America** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.5 | **Rafael Beato** | **Lowell, MA** | **Lendbuzz/Shamrock** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Beato Auto Sales, Inc.**                                    Case number *(if known)*   **23-10064**

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Rafael Beato**          **Lowell, MA** | **Newtek Small Business Finance Inc** | ■ D __**2.4**__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Rafael Beato**          **Lowell, MA** | **NextGear Capital** | ■ D __**2.5**__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Rafael Beato**          **Lowell, MA** | **Samson Funding** | ■ D __**2.6**__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Rafael Beato**          **Lowell, MA** | **Shamrock Finance/Lendbuzz** | ■ D __**2.7**__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Rafael Beato**          **Lowell, MA** | **Small Business Administration** | ■ D __**2.8**__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Beato Auto Sales, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **23-10064**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 24, 2023__     X /s/ Rafael Beato
                                       Signature of individual signing on behalf of debtor

                                       **Rafael Beato**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Official Form 202                  **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Hampshire

In re   **Beato Auto Sales, Inc.**                              Case No.   **23-10064**
                                         Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................ $            **25,000.00**

     Prior to the filing of this statement I have received ................................. $             **2,400.00**

     Balance Due ........................................................................................ $            **22,600.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 24, 2023**                              **/s/ Peter N. Tamposi**
*Date*                                              **Peter N. Tamposi**
                                                    *Signature of Attorney*
                                                    **The Tamposi Law Group, P.C.**
                                                    **159 Main St.**
                                                    **Nashua, NH 03060**
                                                    **603-204-5513  Fax: 603-204-5515**
                                                    **peter@thetamposilawgroup.com**
                                                    *Name of law firm*

**Fill in this information to identify the case:**

Debtor name **Beato Auto Sales, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **23-10064**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:  Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $        0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $        1,885,012.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $        1,885,012.00

### Part 2:  Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $        4,025,691.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $        0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$        674,482.00

4. Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b                    $        4,700,173.00

**United States Bankruptcy Court**
**District of New Hampshire**

In re  **Beato Auto Sales, Inc.**                                    Case No.  **23-10064**
                                    Debtor(s)                      Chapter  **11**

# VERIFICATION OF CREDITOR MAILING LIST

      The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of **3** pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date: **February 24, 2023**

**/s/ Rafael Beato**
Debtor Signature
**Rafael Beato**
Print Name
Address  **6 Folsom Rd.**
**Derry NH 03038-0000**
Tel. No.

LBF 1007-2 (Eff. 11/1/16)

# United States Bankruptcy Court
## District of New Hampshire

In re **Beato Auto Sales, Inc.** | Case No. **23-10064**
Debtor(s) | Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rafael Beato** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 24, 2023**          Signature **/s/ Rafael Beato**
**Rafael Beato**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders